IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN ANTHONY MOORE,

    Plaintiff,

v.    CASE NO. 5:14-cv-268-RS-GRJ

MICHAEL HARRIS, et al.,

    Defendants.
_____/

## ORDER

Before me are the October 20, 2014, Magistrate Judge's Report and Recommendation (Doc. 4), and Defendant's Objections to Report Recommendation (Doc. 5). I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED**, and this case is **DISMISSED with prejudice** pursuant to 28 U.S.C. 1915 §(e)(2) because it fails to state a claim upon which relief may be granted.

3. The Clerk is directed to close this case.

**ORDERED** on November 6, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**